```
 1  WRIGHT, FINLAY & ZAK, LLP
    T. Robert Finlay, Esq. (SBN 167280)
 2  Lukasz I. Wozniak, Esq. (SBN 246329)
 3  4665 MacArthur Court, Suite 280
 4  Newport Beach, CA 92660
    Tel: (949) 477-5050; Fax: (949) 477-9200
 5  Email: lwozniak@wrightlegal.net
 6
 7  Attorneys for Defendants,
    AURORA LOAN SERVICES, LLC and MORTGAGE ELECTRONIC
 8  REGISTRATION SYSTEMS, INC.
 9
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| TUAN NGUYEN, an individual, | ) Case No.: 8:11-cv-01638-AG-AN |
| Plaintiff, | ) Assigned to: Hon. Andrew J. Guilford |
| vs. | ) [~~PROPOSED~~] JUDGMENT |
| AURORA LOAN SERVICES, LLC;, a Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-100, | ) Complaint filed: October 19, 2011 ) Trial date: None |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Defendants HSBC AURORA LOAN SERVICES, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.'s ("Defendants") Motion to Dismiss the Complaint of plaintiff TUAN NGUYEN came on regularly for hearing on December 5, 2011, at 10:00 a.m., in Courtroom 10D of the above referenced

Court, Hon. Andrew J. Guilford presiding. Lukasz I. Wozniak of Wright, Finlay & Zak, LLP appeared for Defendants. There was no appearance for Plaintiff.

The Court, having considered the moving papers, the Court's file, and the matters subject to the request for judicial notice, good cause appearing therefor, has ordered as follows:

Defendants' Motion to Dismiss is granted. Pursuant to the Stipulation of the parties, the case is dismissed, with prejudice. This is a final judgment.

Dated: DEC 6, 2011

HON. ANDREW J. GUILFORD